**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
JEAN M. NELSON (State Bar No. 150856)
jnelson@scheperkim.com
GREGORY A. ELLIS (State Bar No. 204478)
gellis@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for Plaintiff**
**CELLCO PARTNERSHIP d/b/a Verizon Wireless**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>Plaintiff,<br><br>v.<br><br>TORO RIDE, INC.; KAREN KEVIN GALSTIAN and DOES 1-10,<br><br>Defendants. | **CASE NO. 2:15-CV-1187**<br><br>**CORPORATE DISCLOSURE STATEMENT (Fed. R. Civ. P. 7.1)** |

---

**CORPORATE DISCLOSURE STATEMENT (Fed. R. Civ. P. 7.1)**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Cellco Partnership d/b/a Verizon Wireless, reports that it is a wholly owned subsidiary of Verizon Communications Inc., which is a publicly traded company on the New York Stock Exchange.

DATED: February 18, 2015          SCHEPER KIM & HARRIS LLP
                                  ALEXANDER H. COTE


                                  By:   /s/ Alexander H. Cote
                                        Alexander H. Cote
                                        Attorneys for Plaintiff
                                        CELLCO PARTNERSHIP d/b/a
                                        VERIZON WIRELESS

- 1 -
**CORPORATE DISCLOSURE STATEMENT (Fed. R. Civ. P. 7.1)**