UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TORO RIDE, INC.; KAREN KEVIN GALSTIAN and DOES 1-10,<br><br>　　　　Defendants. | CASE NO. 2:15-cv-01187-DSF-PLA<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

　　　Verizon Wireless's *Ex Parte* Application For A Temporary Restraining Order ("TRO") And An Order To Show Cause Why A Preliminary Injunction Should Not Issue ("OSC") was presented to the Court on the papers without a hearing.  The Court finds that Plaintiff has a high likelihood of success on the merits, that irreparable harm to Plaintiff is probable due to the significant chance that the phones at issue will be transferred or hidden and that no other funds will be recoverable from Defendants, and that the balance of equities and the public interest strongly favors an injunction.  No notice to Defendants is required because of the significant chance that the phones will be transferred or hidden before an order could be entered.  In light of these findings, a temporary restraining order and order to show cause is entered as follows:

1. Defendants are HEREBY ORDERED TO SHOW CAUSE at 1:30 p.m. on March 2, 2015 in the courtroom of Dale S. Fischer, United States District Judge for the Central District of California, located at 255 E. Temple St., Courtroom 840, Los Angeles, California, why Defendants, and all agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under authority from Defendants, or in concert or participation with Defendants, and each of them, should not be enjoined from selling, gifting, or otherwise transferring the iPhones the Defendants acquired from Verizon Wireless to any third party.

2. IT IS FURTHER ORDERED that Defendants shall file their response to the OSC no later than February 25, 2015, and Plaintiff shall file any reply no later than February 27, 2015 at 12:00 p.m.

3. PENDING HEARING on the above OSC, Defendants, and all agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under authority from Defendants, or in concert or participation with Defendants, and each of them, are enjoined from selling, gifting, or otherwise transferring the iPhones the Defendants acquired from Verizon Wireless to any third party.

4. This TRO shall be binding upon the parties to this action and all other persons or entities who receive actual notice of this order by personal service or other acceptable means of service.

5. No bond will be required as security as the risk of any loss to the Defendants from the temporary restraining order is minimal.

6. This TRO was entered on February 20, 2015 at the time indicated on the docket and shall remain in effect until March 4, 2014 at 5:00 p.m.

7. Plaintiff is ordered to serve this order on Defendants within 24 hours of entry.

**IT IS SO ORDERED.**

DATED: 2/20/15

*/s/ Dale S. Fischer*

Hon. Dale S. Fischer
Judge, United States District Court