**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
JEAN M. NELSON (State Bar No. 150856)
jnelson@scheperkim.com
GREGORY A. ELLIS (State Bar No. 204478)
gellis@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for Plaintiff**
**CELLCO PARTNERSHIP d/b/a Verizon Wireless**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>              Plaintiff,<br><br>      v.<br><br>TORO RIDE, INC.; KAREN KEVIN GALSTIAN and DOES 1-10,<br><br>              Defendants. | CASE NO. 2:15-CV-1187-DSF (PLAx)<br><br>**PROOF OF SERVICE** |

SCHEPER KIM & HARRIS LLP
DAVID C. SCHEPER (State Bar # 120174)
dscheper@scheperkm.com
GREGORY A. ELLIS (State Bar No. 204478)
gellis@scheperkm.com
601 W. 5th St., 12th Floor
Los Angeles, CA 90071
Ph: 213-613-4655  Fax: 213-613-4656

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLCO PARTNERSHIP dba VERIZON WIRELESS,<br><br>Plaintiff(s)<br><br>v.<br><br>TORO RIDE, INC., KAREN KEVIN GALSTAIN<br><br>Defendant(s) | **CASE NUMBER:**<br>2:15-cv-01187-DSF-PLA<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

    a.  ☒ summons          ☒ complaint          ☐ alias summons          ☐ first amended complaint
                                                                                            ☐ second amended complaint
                                                                                            ☐ third amended complaint

    ☒ other *(specify)*: Please see attached list.

2.  **Person served:**

    a.  ☒ Defendant *(name)*: Toro Ride, Inc.

    b.  ☐ Other *(specify name and title or relationship to the party/business named)*:

    c.  ☐ Address where papers were served:

3.  **Manner of Service** in compliance with *(the appropriate box must be checked)*:

    a.  ☐ Federal Rules of Civil Procedure

    b.  ☑ California Code of Civil Procedure

4.  **I served** the person named in Item 2:

    a.  ☑ **By Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

        1.  ☐ Papers were served on *(date)*: 2-20-2015 at *(time)*: 12:45 PM

    b.  ☐ **By Substituted service.** By leaving copies:

        1.  ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

        2.  ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

        3.  ☐ **Papers were served on** *(date)*: at *(time)*:

        4.  ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

        5.  ☐ **papers were mailed on** (date):

        6.  ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served:

Title of person served:

Date and time of service: *(date)*: _____ at *(time)*: _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

PATRICK CONLEY
C/O FRANKLIN GLOBAL, INC.
11693 SAN VICENTE BLVD #336
LOS ANGELES, CA 90049
(310) 933-3336

a. Fee for service: $

b. ☐ Not a registered California process server

c. ☑ Exempt from registration under B&P 22350(b)

d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 2/20/2015

P CL

*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

ATTACHMENT TO PROOF OF SERVICE

SUMMONS AND COMPLAINT

*Case 2:15-cv-01187-DSF-PLA Cellco Partnership v. Toro Ride, Inc. et al*

1. COMPLAINT FOR FRAUD AND BREACH OF CONTRACT; DEMAND FOR JURY TRIAL

2. CIVIL COVER SHEET

3. SUMMONS

4. CERTIFICATION AND NOTICE OF INTERESTED PARTIES

5. CORPORATE DISCLOSURE STATEMENT

6. NOTICE OF ASSIGNMENT

7. NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM

8. JUDGE DALE S. FISCHER'S INITIAL STANDING ORDER

9. *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER

10. [PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

11. *EX PARTE* APPLICATION FOR: (A) RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT [OR IN THE ALTERNATIVE FOR A TEMPORARY PROTECTIVE ORDER] AND (B) FOR LEAVE TO CONDUCT LIMITED EXPEDITED DISCOVERY UNDER FED. R. CIV. P. 26(d)

12. [PROPOSED] ORDER RE SAME

13. OMNIBUS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATIONS FOR: (1) TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE; (2) RIGHT TO ATTACH ORDER (OR IN THE ALTERNATIVE FOR A TEMPORARY PROTECTIVE ORDER) (3) LEAVE TO CONDUCT LIMITED EXPEDITED DISCOVERY UNDER FED. R. CIV. P. 26(d)

14. DECLARATION OF ASHLEY STANTON

15. DECLARATION OF CYNTHIA BELL

16. DECLARATION OF TAMARA FLOWERS

LIST.doc

17. **DECLARATION OF ALEXANDER H. COTE**

18. **TEMPORARY RESTRAINING ORDER ISSUED BY JUDGE**

19. **ORDER GRANTING EXPEDITED DISCOVERY**

20. **NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)**

21. **PLAINTIFF'S FIRST SET OF INTERROGATORIES TO TORO RIDE, INC.**

22. **PLAINTIFF'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO TORO RIDE, INC.**

23. **PLAINTIFF'S FIRST SET OF INTERROGATORIES TO KAREN KEVIN GALSTIAN**

24. **PLAINTIFF'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO KAREN KEVIN GALSTIAN**