**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

Case No.  <u>CV 15-1187-DSF (PLA)</u>                                             Date <u>February 25, 2015</u>

Title:   <u>Cellco Partnership v. Toro Ride, Inc., et al.</u>

---

PRESENT:  THE HONORABLE   <u>PAUL L. ABRAMS</u>

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| <u>Christianna Howard</u> | <u>N/A</u> | <u>N/A</u> |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE                                                                            NONE

**PROCEEDINGS:**        ( IN CHAMBERS)

On February 23, 2015, the Court issued an Order granting plaintiff's ex parte application for a temporary protective order on the condition that within fourteen days of the date of that Order, plaintiff file an undertaking in the amount of $10,000.00.  On February 24, 2015, plaintiff notified the Court of the filing of the required $10,000.00 undertaking, and also filed proof of service of the summons and Complaint on defendants Toro Ride, Inc. and Karen Kevin Galstian. (Dkt. Nos. 18, 19).

On February 25, 2015, the Court issued the temporary protective order.

In light of the foregoing, a **hearing on plaintiff's application for a right to attach order and an order for issuance of a writ of attachment will take place on March 31, 2015, at 10:00 a.m.**, in the courtroom of Magistrate Judge Paul L. Abrams, 312 N. Spring Street, Ninth Floor, Courtroom G, Los Angeles California.  If defendants oppose plaintiff's application, an opposition must be filed **no later than March 13, 2015**.  Failure to file an opposition will be construed as consent to the attachment order being entered.  Plaintiff's reply, if any, must be filed **no later than March 20, 2015**.  Filed copies of the opposition and reply shall be delivered to the Magistrate Judge's chambers.  **No later than March 2, 2015**, plaintiff must submit to this Court proof that the application for a right to attach order and an order for issuance of a writ of attachment, and all related documents, as well as this Order, have been **served on and received by** defendants Toro Ride, Inc., and Karen Kevin Galstian, as well as on any registered agent for service of any entity defendant that has a registered agent.

cc:      Counsel of Record

Initials of Deputy Clerk   <u>ch</u>

---