**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
Email: dscheper@scheperkim.com
JEAN M. NELSON (State Bar No. 150856)
Email: jnelson@scheperkim.com
GREGORY A. ELLIS (State Bar No. 204478)
Email: gellis@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
Email: acote@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for Plaintiff**
**CELLCO PARTNERSHIP d/b/a**
**VERIZON WIRELESS**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>            Plaintiff,<br><br>      v.<br><br>TORO RIDE, INC.; KAREN KEVIN GALSTIAN and DOES 1-10, Inclusive,<br><br>            Defendants. | CASE NO. 2:15-CV-1187-DSF (PLAx)<br><br>**STIPULATION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Action Filed:     02/18/15<br>Trial Date:        None Set |

Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") and Defendants Toro Ride, Inc. and Karen Kevin Galstian (collectively "Defendants"), stipulate as follows:

1. On March 16, 2015, the Court issued a preliminary injunction in favor of Verizon Wireless in this matter. (Docket No 53.)

2. On April 3, 2015, the parties filed a stipulation with the Court, noting that, among other things, Defendants intended to file a motion requesting that the Court stay the instant action while the related criminal case against Defendant Galstian is pending. (Docket No. 72.)

3. On April 7, 2015, the Court entered an order staying the case through October 19, 2015, with the exception that Plaintiff Cellco Partnership d/b/a Verizon Wireless could continue to conduct discovery and take other steps to identify and attach Defendant Toro Ride, Inc.'s assets. (Docket No. 73.)

4. On December 17, 2015, the Court issued a second order staying the case through January 18, 2016. (Docket No. 107.) Thereafter, the Court issued two more orders staying the case through March 28, 2016, while the criminal case against Defendant Galstian remained pending in the Southern District of California, Case No. 3-15-cr-2509-BTM-1.

5. On March 21, 2016, Defendant Galstian was sentenced to 100 months in prison and ordered to pay over $17 million in restitution to Verizon Wireless.

6. Now that Defendant Galstian has been sentenced, the parties stipulate that the Court should dismiss the pending First Amended Complaint as to all defendants without prejudice.

//
//
//
//
//

//

7. A proposed order is submitted concurrently with this stipulation.

DATED: April 7, 2016             Respectfully submitted,

                                 SCHEPER KIM & HARRIS LLP
                                 DAVID C. SCHEPER
                                 JEAN M. NELSON
                                 GREGORY A. ELLIS
                                 ALEXANDER H. COTE


                                 By:  /s/ Jean M. Nelson
                                      Jean M. Nelson
                                      Attorneys for Plaintiff
                                      CELLCO PARTNERSHIP d/b/a
                                      VERIZON WIRELESS


DATED: April 7, 2016             BEITCHMAN ZEKIAN PC

                                 David P. Beitchman
                                 Andre Boniadi
                                 Rouben Varozian


                                 By: /s/ Andre Boniadi
                                      Andre Boniadi
                                      Attorneys for Defendants
                                      TORO RIDE, INC. and KAREN KEVIN
                                      GALSTIAN


### SIGNATURE ATTESTATION

I hereby attest that all of the signatories electronically listed above concur in this filing's content and have authorized the filing in compliance with Local Rule 5-4.3.4.(a)(2)(i).


                                 By: /s/ Jean M. Nelson
                                      Jean M. Nelson

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2016, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF System, which will send notification of the filing to all counsel of record.

/s/ Jean M. Nelson
Jean M. Nelson